No question is presented to this court for review, and the judgment is affirmed.

---

**1**

Bob BRACKEEN v. STATE. (No. 8905.)

(Court of Criminal Appeals of Texas. Oct. 29, 1924.) Appeal from District Court, Hunt County; Geo. B. Hall, Judge. See, also, 96 Tex. Cr. R. 541, 258 S. W. 818. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Hunt county of selling intoxicating liquor, and his punishment fixed at one year in the penitentiary. The record contains neither bills of exception nor statement of facts. The indictment charges the offense, and the court submitted the law. No error appearing, the judgment will be affirmed.

---

**2**

H. F. CENTER v. STATE. (No. 8918.)

(Court of Criminal Appeals of Texas. Nov. 5, 1924.) Appeal from Criminal District Court, Dallas County; Grover C. Adams, Special Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Appellant was convicted of driving an automobile upon the streets of Dallas while in an intoxicated condition; his punishment being assessed at a fine of $50. No statement of facts accompany the record, and no bills of exception appear therein. There is nothing presented to this court for review, and the judgment is affirmed.

---

**3**

LA CHANGA v. STATE. (No. 8908.)

(Court of Criminal Appeals of Texas. Oct. 29, 1924.) Appeal from District Court, Bexar County; W. W. McCrory, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for burglary, and punishment fixed at confinement in the penitentiary for two years. Appellant files his affidavit, advising the court that he does not further desire to prosecute his appeal. It is therefore ordered that the appeal be dismissed.